GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
JUSTIN R. TARUC, ESQ.
Nevada Bar No. 12500
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ghawkins@hawkinsmelendrez.com
jtaruc@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com

STEPHEN D. BROWN, ESQ.
Ohio Bar No. 69791
Admitted Pro Hac Vice
**BROWNLAW LIMITED**
500 W. Wilson Bridge Road, Ste. 115
Worthington, Ohio 43085
Phone: (740) 415-0707
stephen@gotbrown.com
*Attorneys for Defendants*
*Idea Buyer, LLC and Eric Corl*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOEY JEANSONNE, an individual, | CASE NO.: 2:18-cv-01060-RFB-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT MICHAEL CORRADINI TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| IDEA BUYER, LLC, an Ohio limited liability company; ERIC CORL, an individual; MICHAEL CORRADINI, an individual; COLIN EGBERT, an individual; | |
| Defendants. | |

1

Plaintiff JOEY JEANSONNE ("Plaintiff"), by and through his attorney, Steven A. Gibson, Esq., and Jodi Donetta Lowry, Esq., of the law firm Gibson Lowry LLP, and Defendants IDEA BUYER, LLC and ERIC CORL ("Defendants"), by and through their attorneys of record, Stephen D. Brown, Esq., of the law firm of Brownlaw Limited and Geoffrey W. Hawkins, Esq., and Justin R. Taruc, Esq., of the law firm of Hawkins Melendrez, P.C., respectfully submit the following Stipulation and Order to Extend the Deadline for Defendant Michael Corradini to File a Response to Plaintiff's Complaint by and between the parties as follows:

1. That Defendant Michael Corradini shall have up to and including September 22, 2018 to file and serve a response to Plaintiff's Complaint;

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2. This requested extension of time is for good cause and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 7th day of September, 2018   DATED this 7th day of September, 2018

**HAWKINS MELENDREZ, P.C.**   **GIBSON LOWRY LLP**

_/s/ Geoffrey W. Hawkins___   _/s/ Steven A. Gibson_____
GEOFFREY W. HAWKINS, ESQ.   STEVEN A. GIBSON, ESQ.
Nevada Bar No. 7740   Nevada Bar No. 6656
JUSTIN R. TARUC, ESQ.   JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 12500   Nevada Bar No. 7798
BRITANNICA D. COLLINS, ESQ.   7495 West Azure Dr. Ste. 233
Nevada Bar No. 13324   Las Vegas, Nevada 89130
9555 Hillwood Drive, Suite 150   *Attorneys for Plaintiff*
Las Vegas, Nevada 89134

STEPHEN D. BROWN, ESQ.
Ohio Bar No. 69791
Admitted Pro Hac Vice
**BROWNLAW LIMITED**
500 W. Wilson Bridge Road, Ste. 115
Worthington, Ohio 43085
*Attorneys for Defendants*
*Idea Buyer, LLC and Eric Corl*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated this 10th day of September, 2018