UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEANSONNE,<br><br>                  Plaintiff,<br>v.<br><br>IDEA BUYER, LCC, *et al.*,<br><br>                  Defendants. | Case No. 2:18-cv-01060-RFB-CWH<br><br>**ORDER** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Colin Egbert, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant Colin Egbert.

DATED this 24th day of October, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE

1